SRM

**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| **Karl Robert Minnick, II,**<br>Plaintiff<br>-vs-<br>**Joseph Arpaio,**<br>Defendant(s) | CV-05-1844-PHX-SMM (JI)<br><br>**ORDER** |

Pursuant to an Order filed April 13, 2006 (#6), the Clerk of the Court sent Plaintiff a packet including the documents necessary to effect service of the Complaint. Plaintiff was ordered to complete the forms and return them. Plaintiff failed to comply and on May 11, 2006, Magistrate Judge Irwin entered an Order (#8) giving Plaintiff ten days to either: (1) return completed service packets, or (2) show good cause why he has not returned the service packets as ordered by the Court. Plaintiff has not responded.

**IT IS THEREFORE ORDERED** that the reference of this case to the magistrate judge is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that the First Amended Complaint (#5) and this case are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. The Clerk of the Court shall enter judgment accordingly.

DATED this 15th day of June, 2006.

Stephen M. McNamee
United States District Judge